# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| DWAINE H. HALL,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. CIV-18-323-RAW-KEW |

## ORDER AFFIRMING DECISION OF THE COMMISSIONER

On March 10, 2020, the United States Magistrate Judge entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff [Docket No. 18]. No objection has been filed.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's recommendation to affirm the ALJ is well-supported. The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Commissioner is affirmed.

**IT IS SO ORDERED** this 25th day of March, 2020.

_____

**The Honorable Ronald A. White**
**United States District Judge**
**Eastern District of Oklahoma**